WESTCHESTER COUNTY CORRECTION OFFICERS BENEVO-LENT ASSOCIATION, INC., et al., Appellants, v COUNTY OF WEST-CHESTER et al., Respondents. [952 NYS2d 461]—

For the reasons stated in the case entitled *Westchester County Correction Officers Benevolent Assoc., Inc. v County of Westchester,* 99 AD3d 998 [2012] [decided herewith]), the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint and denied the plaintiffs' cross motion for summary judgment on the complaint. Rivera, J.P., Chambers, Hall and Roman, JJ., concur.